FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2022

SEAN F. McAVOY, CLERK

✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
        Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Washington

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| GUI-FANG HE | Case No.   2:22-PO-0031-JAG-1 |
| | USM No.   9LFT5DJWA |
| | Richard Mount |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 of the Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Improper Entry by Alien | 05/21/2022 | 1 |

☐   Count(s) _____ ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | | **Fine** |
|---|---|---|---|
| **Total:** | $   0.00 | $ | 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   XXXX

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Unknown, China

06/15/2022
Date of Imposition of Judgment

Signature of Judge

James A. Goeke                    U.S. Magistrate Judge
Name and Title of Judge

June 17, 2022
Date

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
          Sheet 2 — Imprisonment

Judgment — Page   2   of   2

DEFENDANT:  GUI-FANG HE
CASE NUMBER:  2:22-PO-0031-JAG-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Time Served

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____   ☐   a.m.   ☐   p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL